UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KUANTAY REEDER                                          CIVIL ACTION

VERSUS                                                  NO: 22-4614

JASON WILLIAMS, ET AL                                   SECTION: A(1)

## NOTICE REGARDING ORAL ARGUMENT REQUEST
## SECTION A ONLY

A request for oral argument has been filed in conjunction with a **Motion for Partial Summary Judgment (Rec. Doc. #31)**, scheduled for submission before the district judge in this matter.  Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request.  Counsel should not appear for oral argument until ordered to do so.  Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

September 25, 2023

JENNIFER SCHOUEST LIMJUCO, FOR THE COURT
CASE MANAGER, SECTION A
jennifer_schouest@laed.uscourts.gov